IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 09-cr-00074-PAB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  HANS CONRAD CARTIN,

     Defendant.
_____

## ORDER SETTING TRIAL DATES AND DEADLINES
_____

     This matter has been scheduled for a four-day jury trial on the docket of Judge

Philip A. Brimmer in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th

Street, Denver, Colorado, to commence on **April 13, 2009 at 8:00 a.m.**  It is

     ORDERED that all pretrial motions shall be filed by **March 11, 2009** and

responses to these motions shall be filed by **March 18, 2009**.  It is further

     ORDERED that a Trial Preparation Conference is set for **April 10, 2009 at 3:30

p.m.** in Courtroom A601.  Lead counsel who will try the case shall attend in person.

     The parties shall be prepared to address the following issues at the Trial

Preparation Conference:

     1)     jury selection;

     2)     sequestration of witnesses;

     3)     timing of presentation of witnesses and evidence;

     4)     anticipated evidentiary issues;

5)     any stipulations as to fact or law; and

6)     any other issue affecting the duration or course of the trial.


DATED February 24, 2009.

                                        BY THE COURT:


                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge